**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN RE: IRREVOCABLE TRUST OF     : No. 402 EAL 2014
ALBERT J. WOOD     :
    :
    :
    : Petition for Allowance of Appeal from the
PETITION OF: DAVID WOOD     : Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 3rd day of February, 2015, the Petition for Allowance of Appeal

is **DENIED**.